# UNITED STATES AIR FORCE COURT OF CRIMINAL APPEALS

## UNITED STATES

**v.**

### Senior Airman BRENT A. DIRUZZA
### United States Air Force

### ACM S32310

### 12 November 2015

Sentence adjudged 14 January 2015 by SPCM convened at Kadena Air Base, Japan. Military Judge: Gregory O. Friedland (sitting alone).

Approved Sentence: Bad-conduct discharge and confinement for 99 days.

Appellate Counsel for the Appellant: Lieutenant Colonel Patrick E. Neighbors.

Appellate Counsel for the United States: Colonel Katherine E. Oler.

Before

ALLRED, TELLER, and ZIMMERMAN
Appellate Military Judges

This opinion is issued as an unpublished opinion and, as such, does not serve as precedent under AFCCA Rule of Practice and Procedure 18.4.

PER CURIAM:

The approved findings and sentence are correct in law and fact, and no error materially prejudicial to the substantial rights of Appellant occurred. Article 66(c), UCMJ, 10 U.S.C. § 866(c); *United States v. Reed*, 54 M.J. 37, 41 (C.A.A.F. 2000). Accordingly, the approved findings and sentence are **AFFIRMED**.

FOR THE COURT

LEAH M. CALAHAN
Deputy Clerk of the Court